Opinion filed March 25, 2021



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00261-CV
_____

## SHIRLEY KITE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WL KITE, Appellant

## V.

## DIANA DARBY-SUTTON, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV2004175-A**

## M E M O R A N D U M   O P I N I O N

Shirley Kite, individually and as representative of the Estate of WL Kite, has filed in this court a motion to dismiss her appeal. The documents on file in this cause reflect that the parties to this appeal have resolved their dispute and that Appellant has agreed to dismiss this appeal. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1.

We note that Appellant has requested that the costs of this appeal be taxed against the party that incurred them. "Absent agreement of the parties," however, costs in a civil case involving a voluntary dismissal shall be taxed against the appellant. TEX. R. APP. P. 42.1(d). Appellant's motion contains neither a certificate of conference nor an indication of an agreement with respect to the assessment of costs. Therefore, costs of this appeal are taxed against Appellant.

Appellant's motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

March 25, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.